# Exhibit "1"

*Product Images*
Class Action Complaint

**Honest® Plant-Based Baby Wipes (Blue Ikat, 72 Count): Product Image – Front Label** (*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured June 28, 2022))



Exhibit 1-1A: (1) Plant-Based Baby Wipes (Blue Ikat, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 72 Count): Product Image – Top Label** (*see* https://www.iherb.com/pr/the-honest-company-plant-based-wipes-blue-ikat-72-wipes/99842?gclid=CjwKCAjwzeqVBhAoEiwAOrEmzZofpqRpE0nFw_0Yq73L2GTTnltDL-fRPwenq9LfReGF-eqWpDrCthoCN68QAvD_BwE) (captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Blue Ikat, 72 Count): Product Image – Bottom Label** (*see* https://www.iherb.com/pr/the-honest-company-plant-based-wipes-blue-ikat-72-wipes/99842?gclid=CjwKCAjwzeqVBhAoEiwAOrEmzZofpqRpE0nFw_0Yq73L2GTTnltDL-fRPwenq9LfReGF-eqWpDrCthoCN68QAvD_BwE) (captured June 28, 2022))



Exhibit 1-1A: (1) Plant-Based Baby Wipes (Blue Ikat, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 288 Count): Product Image – Front Label** (*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured June 28, 2022))



Exhibit 1-1B: (1) Plant-Based Baby Wipes (Blue Ikat, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 288 Count): Product Image – Side Label 1** (*see* https://www.ubuy.cm/en/product/224IC9JQ-the-honest-company-designer-baby-wipes-288-count-blue-ikat-over-99-percent-water-pure-gentle-plant-b)

**Honest® Plant-Based Baby Wipes (Blue Ikat, 288 Count): Product Image – Side Label 2** (*see* https://www.ubuy.cm/en/product/224IC9JQ-the-honest-company-designer-baby-wipes-288-count-blue-ikat-over-99-percent-water-pure-gentle-plant-b) (captured August 5, 2022))





Exhibit 1-1B: (1) Plant-Based Baby Wipes (Blue Ikat, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat) (288 Count): Product Image – Back Label**
(*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Count/dp/B07B195TT6
(captured June 14, 2022))



Exhibit 1-B: (1) Plant-Based Baby Wipes (Blue Ikat, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 576 Count): Product Image – Front Label** (*see* https://www.honest.com/add-ons/blue-ikat-288-count-wipes/H01PWPV22W4PS.html) (captured August 1, 2022))



**Honest® Plant-Based Baby Wipes (Blue Ikat, 576 Count): Product Image – Top Label** (*see* https://www.amazon.com/Honest-Company-Baby-Wipes-Plant-Based/dp/B07YXNCYLW/ref=sr_1_3?crid=2B5AWGJLQXLUE&keywords=honest+wipes+576+count+blue+ikat&qid=1656439970&sprefix=honest+wipes+576+count+blue+ikat%2Caps%2C80&sr=8-3) (captured June 28, 2022)



Exhibit 1-1C: (1) Plant-Based Baby Wipes (Blue Ikat, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 576-Count): Product Image – Side Label 1** (*see* https://www.amazon.com/Honest-Company-Baby-Wipes-Plant-Based/dp/B07YXNCYLW/ref=sr_1_3?crid=2B5AWGJLQXLUE&keywords=honest+wipes+576+count+blue+ikat&qid=1656439970&sprefix=honest+wipes+576+count+blue+ikat%2Caps%2C80&sr=8-3) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Blue Ikat, 576-Count): Product Image – Side Label 2**



**PLACEHOLDER**

Exhibit 1-1C: (1) Plant-Based Baby Wipes (Blue Ikat, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 576 Count): Product Image –Back Label**

# PLACEHOLDER

Exhibit 1-1C: (1) Plant-Based Baby Wipes (Blue Ikat, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Blue Ikat, 720 Count): Product Images**

# PLACEHOLDER

Exhibit 1-1D: (1) Plant-Based Baby Wipes (Blue Ikat, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 72 Count): Product Image – Front Label** (*see* https://www.cvs.com/shop/the-honest-company-classic-72ct-wipes-prodid-1280009) (captured June 28, 2022))



Exhibit 1-2A: (1) Plant-Based Baby Wipes (Classic, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 72 Count): Product Image – Top Label** (*see* https://www.cvs.com/shop/the-honest-company-classic-72ct-wipes-prodid-1280009) (captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Classic, 72 Count): Product Image – Bottom Label** (*see* https://www.cvs.com/shop/the-honest-company-classic-72ct-wipes-prodid-1280009) (captured June 28, 2022))



Exhibit 1-2A: (1) Plant-Based Baby Wipes (Classic, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 288 Count): Product Image – Front Label** (*see* https://www.cvs.com/shop/the-honest-company-classic-288-ct-wipes-prodid-3340043 (captured June 14, 2022))



Exhibit 1-2B: (1) Plant-Based Baby Wipes (Classic, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 288-Count): Product Image – Side Label 1** (*see* https://www.target.com/p/the-honest-company-classic-print-baby-wipes-288ct/-/A-16532918?ref=tgt_adv_XS000000&AFID=google_pla_df&fndsrc=tmnv&DFA=71700000090409899&CPNG=PLA_DVM%2Ba064R000012KTNDQA4-Honest+Co_Baby_Google+AO_2022_Flight-578120&adgroup=PLA_Honest+Co_Baby&LID=700000001393753pgs&network=g&device=c&location=9003251&gclid=CjwKCAjwzeqVBhAoEiwAOrEmzWpvJCMpzZJi3QuDuCrepHn8u3cEmIKX5kjP7PW9S93s_pLjSGXkkxoC7L0QAvD_BwE&gclsrc=aw.ds) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Classic, 288 Count): Product Image – Side Label 2** (*see* https://www.target.com/p/the-honest-company-classic-print-baby-wipes-288ct/-/A-16532918?ref=tgt_adv_XS000000&AFID=google_pla_df&fndsrc=tmnv&DFA=71700000090409899&CPNG=PLA_DVM%2Ba064R000012KTNDQA4-Honest+Co_Baby_Google+AO_2022_Flight-578120&adgroup=PLA_Honest+Co_Baby&LID=700000001393753pgs&network=g&device=c&location=9003251&gclid=CjwKCAjwzeqVBhAoEiwAOrEmzWpvJCMpzZJi3QuDuCrepHn8u3cEmIKX5kjP7PW9S93s_pLjSGXkkxoC7L0QAvD_BwE&gclsrc=aw.ds) (captured June 28, 2022))




Exhibit 1-2B: (1) Plant-Based Baby Wipes (Classic, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 288 Count): Product Image – Back Label** (*see* https://www.cvs.com/shop/the-honest-company-classic-288-ct-wipes-prodid-3340043 (captured June 14, 2022))



Exhibit 1-2B: (1) Plant-Based Baby Wipes (Classic, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 576 Count): Product Image – Front Label** (*see* https://www.officesupply.com/cleaning-breakroom/cleaning-janitorial-supplies/hand-skin-care/skin-wipes/honest-company-honest-baby-wipes-classic-pack-wipes/p1167635.html?ref=pla&scid=scbplp1167635&sc_intid=1167635&msclkid=65ff8fc9a9c510cbe39bed20c97c0fb9&utm_source=bing&utm_medium=cpc&utm_campaign=SC%20Shopping%20-%20Everything%20Else%20-%20Numeric&utm_term=4585444527176398&utm_content=Everything%20Else%20-%20Numeric) (captured August 2, 2022))



**Honest® Plant-Based Baby Wipes (Classic, 576 Count): Product Image – Top Label** (*see* https://www.amazon.com/Honest-Company-Baby-Wipes-Hypoallergenic/dp/B01NASH63G) (captured June 28, 2022))



Exhibit 1-2C: (1) Plant-Based Baby Wipes (Classic, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 576 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/Honest-Company-Baby-Wipes-Hypoallergenic/dp/B01NASH63G) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Classic, 576 Count): Product Image – Side Label 2**



**PLACEHOLDER**

Exhibit 1-2C: (1) Plant-Based Baby Wipes (Classic, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 576 Count): Product Image – Back Label** (*see* https://www.officesupply.com/cleaning-breakroom/cleaning-janitorial-supplies/hand-skin-care/skin-wipes/honest-company-honest-baby-wipes-classic-pack-wipes/p1167635.html?ref=pla&scid=scbplp1167635&sc_intid=1167635&msclkid=b319149fb9e6147836427672cba35aa6&utm_source=bing&utm_medium=cpc&utm_campaign=SC%20Shopping%20-%20Everything%20Else%20-%20Numeric&utm_term=4585444527176398&utm_content=Everything%20Else%20-%20Numeric) (captured August 5, 2022)



Exhibit 1-2C: (1) Plant-Based Baby Wipes (Classic, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic) (720-Count): Product Image – Front Label** (*see* https://www.amazon.com/Honest-Company-Baby-Wipes-Plant-Based/dp/B084S1RVCN) (captured June 28, 2022)



Exhibit 1-2D: (1) Plant-Based Baby Wipes (Classic, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic) (720-Count): Product Image – Side Labels**

# PLACEHOLDER

Exhibit 1-2D: (1) Plant-Based Baby Wipes (Classic, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Classic, 720 Count): Product Image – Back Label** (*see* https://www.amazon.sg/Honest-Company-Baby-Wipes-Count/dp/B084S1RVCN?th=1) (captured August 5, 2022))



Exhibit 1-2D: (1) Plant-Based Baby Wipes (Classic, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 10 Count): Product Image – Front Label**
(*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured June 28, 2022))



Exhibit 1-3A: (1) Plant-Based Baby Wipes (Pattern Play, 10 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 10 Count): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-3A: (1) Plant-Based Baby Wipes (Pattern Play, 10 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 36 Count): Product Image – Front Label**
(*see* https://stopandshop.com/groceries/baby/diapers-wipes/honest-baby-wipes-plant-based-pattern-play-36-ct-pkg.html) (captured August 2, 2022))



Exhibit 1-3B: (1) Plant-Based Baby Wipes (Pattern Play, 36 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 36 Count): Product Image – Top Label**
(*see* https://www.bedbathandbeyond.com/store/product/the-honest-company-pattern-play-36-count-plant-based-baby-wipes/5523996) (captured August 2, 2022))



**Honest® Plant-Based Baby Wipes (Pattern Play, 36 Count): Product Image – Back Label**
(*see* https://www.bedbathandbeyond.com/store/product/the-honest-company-pattern-play-36-count-plant-based-baby-wipes/5523996) (captured August 2, 2022))



Exhibit 1-3B: (1) Plant-Based Baby Wipes (Pattern Play, 36 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 72 Count): Product Image – Front Label**
(*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured June 28, 2022))



Exhibit 1-3C: (1) Plant-Based Baby Wipes (Pattern Play, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 72 Count): Product Image – Top Label** (*see* https://www.wholefoodsmarket.com/product/the-honest-company-pattern-play-wipes-72-ct-b07sv4l3lv) (captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Pattern Play) (72-Count): Product Image – Bottom Label** (*see* https://www.wholefoodsmarket.com/product/the-honest-company-pattern-play-wipes-72-ct-b07sv4l3lv) (captured June 28, 2022))



Exhibit 1-3C: (1) Plant-Based Baby Wipes (Pattern Play, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 288 Count): Product Image – Front Label**
(*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Count/dp/B07B14D6MD?th=1 (captured June 14, 2022))



Exhibit 1-3D: (1) Plant-Based Baby Wipes (Pattern Play, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 288 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Pattern/dp/B07B14D6MD) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Pattern Play, 288 Count): Product Image – Side Label 2** (*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Pattern/dp/B07B14D6MD) (captured June 28, 2022))





Exhibit 1-3D: (1) Plant-Based Baby Wipes (Pattern Play, 288 Count) Labels

**Honest® Plant Based Baby Wipes (Pattern Play, 288 Count): Product Image – Back Label**
(*see* https://www.amazon.com/Honest-Company-Designer-Wipes-
Count/dp/B07B14D6MD?th=1 (captured 6/14/2022))



Exhibit 1-3D: (1) Plant-Based Baby Wipes (Pattern Play, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 576 Count): Product Image – Front Label**
(*see* https://www.target.com/p/the-honest-company-pattern-play-baby-wipes-576ct/-/A-
50860810?ref=tgt_adv_XS000000&AFID=google_pla_df&fndsrc=tgtao&DFA=717000000352
96253&CPNG=PLA_Baby%2BShopping_Brand%7CBaby_Ecomm_Baby&adgroup=SC_Baby
&LID=700000001230728pgs&LNM=PRODUCT_GROUP&network=o&device=c&location=&
targetid=pla-4585032209203687:aud-
805670406&ds_rl=1242884&ds_rl=1246978&ref=tgt_adv_XS000000&AFID=bing_pla_df&CP
NG=PLA_Baby%2BShopping_Brand%7CBaby_Ecomm_Baby&adgroup=SC_Baby&LID=700
000001230728pbs&network=s&device=c&querystring=honest%20baby%20wipespattern%20pl
ay%20576%20count&msclkid=284992df6f76125cb050f03604b1e308&gclid=284992df6f76125
cb050f03604b1e308&gclsrc=3p.ds) (captured August 2, 2022))



**Honest® Plant-Based Baby Wipes (Pattern Play, 576 Count): Product Image – Top Label**
(*see* https://www.amazon.com/Honest-Company-plant-based-Fragrance-
576Count/dp/B07SH6HN2X) (captured June 28, 2022))



Exhibit 1-3E: (1) Plant-Based Baby Wipes (Pattern Play, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 576 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/Honest-Company-plant-based-Fragrance-576Count/dp/B07SH6HN2X) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Pattern Play, 576 Count): Product Image – Side Label 2**



# PLACEHOLDER

Exhibit 1-3E: (1) Plant-Based Baby Wipes (Pattern Play, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 576 Count): Product Image – Back Label**
(*see* https://www.officesupply.com/cleaning-breakroom/cleaning-janitorial-supplies/hand-skin-care/skin-wipes/honest-company-honest-baby-wipes-pattern-play-pack-wipes/p1223014.html?ref=pla&scid=scbplp1223014&sc_intid=1223014&msclkid=b53a4b38f93d1949133f29d192faacae&utm_source=bing&utm_medium=cpc&utm_campaign=SC%20Shopping%20-%20Everything%20Else%20-%20Numeric&utm_term=4585444527176398&utm_content=Everything%20Else%20-%20Numeric) (captured August 2, 2022))



Exhibit 1-3E: (1) Plant-Based Baby Wipes (Pattern Play, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 720 Count): Product Image – Front Label**
(*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640)
(captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Pattern Play, 720 Count): Product Image – Top Label**
(*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640)
(captured August 2, 2022))



Exhibit 1-3F: (1) Plant-Based Baby Wipes (Pattern Play, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 720 Count): Product Image – Side Label 1** (*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Pattern Play, 720-Count): Product Image – Side Label 2** (*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640) (captured August 2, 2022))





Exhibit 1-3F: (1) Plant-Based Baby Wipes (Pattern Play, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 720-Count): Product Image – Back Label**
(*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640)
(captured August 2, 2022))



Exhibit 1-3F: (1) Plant-Based Baby Wipes (Pattern Play, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Pattern Play, 720-Count): Product Image – Bottom Label** (*see* https://www.target.com/p/the-honest-company-classic-baby-wipes-720ct/-/A-79390640) (captured August 2, 2022))



Exhibit 1-3F: (1) Plant-Based Baby Wipes (Pattern Play, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 72 Count): Product Image – Front Label**
(*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured June 28, 2022))



Exhibit 1-4A: (1) Plant-Based Baby Wipes (Rose Blossom, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 72 Count): Product Image – Top Label** (*see* https://www.iherb.com/pr/the-honest-company-plant-based-wipes-rose-blossom-72-wipes/99840) (captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Rose Blossom, 72 Count): Product Image – Bottom Label** (*see* https://www.iherb.com/pr/the-honest-company-plant-based-wipes-rose-blossom-72-wipes/99840) (captured June 28, 2022))



Exhibit 1-4A: (1) Plant-Based Baby Wipes (Rose Blossom, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 288 Count): Product Image – Front Label** (*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Count/dp/B07B191WPY?th=1 (captured 6/14/2022))



Exhibit 1-4B: (1) Plant-Based Baby Wipes (Rose Blossom, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 288 Count): Product Image – Side Label 1** (*see* https://www.babiesrus.ca/en/The-Honest-Company---Baby-Wipes---Rose-Blossom---288-Count---3-Packs/84AE08B3.html) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Rose Blossom, 288 Count): Product Image – Side Label 2** (*see* https://www.babiesrus.ca/en/The-Honest-Company---Baby-Wipes---Rose-Blossom---288-Count---3-Packs/84AE08B3.html) (captured June 28, 2022))





Exhibit 1-4B: (1) Plant-Based Baby Wipes (Rose Blossom, 288 Count) Labels

**H**onest® **Plant-Based Baby Wipes (Rose Blossom, 288 Count): Product Image – Back Label**
(*see* https://www.amazon.com/Honest-Company-Designer-Wipes-Count/dp/B07B191WPY?th=1
(captured June 14, 2022))



Exhibit 1-4B: (1) Plant-Based Baby Wipes (Rose Blossom, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 576 Count): Product Image – Front Label** (*see* https://www.walmart.com/ip/The-Honest-Company-Designer-Baby-Wipes-576-Count-Rose-Blossom-Over-99-Percent-Water-Pure-Gentle-Plant-Based-Fragrance-Free-Extra-Thick-Durable-Wet-72/582142575) (captured August 2, 2022))



**Honest® Plant-Based Baby Wipes (Rose Blossom, 576 Count): Product Image – Top Label** (*see* https://www.amazon.com/Honest-Company-Designer-Baby-Wipes/dp/B07YXN58SK) (captured June 28, 2022))



Exhibit 1-4C: (1) Plant-Based Baby Wipes (Rose Blossom, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 576 Count): Product Image – Side Label 1** (*see* https://www.amazon.com/Honest-Company-Designer-Baby-Wipes/dp/B07YXN58SK) (captured June 28, 2022))

**Honest® Plant-Based Baby Wipes (Rose Blossom, 576 Count): Product Image – Side Label 2**



**PLACEHOLDER**

Exhibit 1-4C: (1) Plant-Based Baby Wipes (Rose Blossom, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 576 Count): Product Image – Back Label** *(see* https://www.babylist.com/gp/the-honest-company-baby-wipes/22257/822276) (captured August 5, 2022)



Exhibit 1-4C: (1) Plant-Based Baby Wipes (Rose Blossom, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Rose Blossom, 720 Count): Product Images**

# PLACEHOLDER

Exhibit 1-4D: (1) Plant-Based Baby Wipes (Rose Blossom, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Rainbow, 72 Count): Product Image – Front Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Rainbow-Print/dp/B097KMD2GF (captured June 14, 2022))



Exhibit 1-5A: (1) Plant-Based Baby Wipes (Rainbow, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Rainbow, 72 Count): Product Image – Top Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Rainbow-Print/dp/B097KMD2GF) (captured June 28, 2022))



**Honest® Plant-Based Baby Wipes (Rainbow, 72 Count): Product Image – Bottom Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Rainbow-Print/dp/B097KMD2GF (captured June 14, 2022))



Exhibit 1-5A: (1) Plant-Based Baby Wipes (Rainbow, 72 Count) Labels

**Honest® Plant-Based Baby Wipes (Rainbow, 288 Count): Product Images**

# PLACEHOLDER

Exhibit 1-5B: (1) Plant-Based Baby Wipes (Rainbow, 288 Count) Labels

**Honest® Plant-Based Baby Wipes (Rainbow, 576 Count): Product Images**

# PLACEHOLDER

Exhibit 1-5C: (1) Plant-Based Baby Wipes (Rainbow, 576 Count) Labels

**Honest® Plant-Based Baby Wipes (Rainbow, 720 Count): Product Images**

# PLACEHOLDER

Exhibit 1-5D: (1) Plant-Based Baby Wipes (Rainbow, 720 Count) Labels

**Honest® Plant-Based Baby Wipes (Terrazzo, 36 Count): Product Image – Front Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Terazzo-Print/dp/B099R2D5YF/ref=sr_1_9?crid=1E040IP7607QU&keywords=honest+wipes+terrazzo+288&qid=1655821389&sprefix=honest+wipes+terrazzo+288%2Caps%2C55&sr=8-9 (captured June 21, 2022))



Exhibit 1-6A: (1) Plant-Based Baby Wipes (Terrazzo, 36 Count) Labels

**Honest® Plant-Based Baby Wipes (Terrazzo, 36 Count): Product Image – Top Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Terazzo-Print/dp/B099R2D5YF) (captured June 28, 2022)



**Honest® Plant-Based Baby Wipes (Terrazzo, 36 Count): Product Image – Bottom Label** (*see* https://www.amazon.com/HONEST-Company-Wipes-Terazzo-Print/dp/B099R2D5YF/ref=sr_1_9?crid=1E040IP7607QU&keywords=honest+wipes+terrazzo+288&qid=1655821389&sprefix=honest+wipes+terrazzo+288%2Caps%2C55&sr=8-9 (captured June 21, 2022))



Exhibit 1-6A: (1) Plant-Based Baby Wipes (Terrazzo, 36 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 60 Count): Product Image –
Front Label** (*see* https://www.amazon.com/HONEST-Company-Hydrate-Cleanse-
Cucumber/dp/B094ZC5SGM (captured June 14, 2022))



Exhibit 1-7A: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 60 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse) (60-Count): Product Image – Top Label** (*see* https://www.honest.com/baby-products/wipes/hydrating-and-nourishing-wipes/benefit-wipes.html) (captured June 28, 2022)



**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 60 Count): Product Image – Bottom Label** (*see* https://www.amazon.com/HONEST-Company-Hydrate-Cleanse-Cucumber/dp/B094ZC5SGM (date downloaded 6/14/2022))



Exhibit 1-7A: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 60 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse) (240-Count): Product Image –
Front Label** (*see* https://www.target.com/p/the-honest-company-hydrating-baby-wipes-240ct/-
/A-81106823) (captured June 28, 2022))



**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse) (240-Count): Product Image –
Top Label**

# PLACEHOLDER

Exhibit 1-7B: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count): Product Image – Side Label 1** (*see* https://www.target.com/p/the-honest-company-hydrating-baby-wipes-240ct/-/A-81106823) (captured June 28, 20220)

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count): Product Image – Side-2 Label** (*see* https://www.target.com/p/the-honest-company-hydrating-baby-wipes-240ct/-/A-81106823) (captured June 28, 2022))




Exhibit 1-7B: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count): Product Image – Back Label**

# PLACEHOLDER

Exhibit 1-7B: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 240 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 480 Count): Product Images**

# PLACEHOLDER

Exhibit 1-7C: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 480 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse, 600 Count): Product Images**

# PLACEHOLDER

Exhibit 1-7D: (2) Plant-Based Cleansing Wipes (Hydrate + Cleanse, 600 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 60 Count): Product Image –
Front Label** (*see* https://www.amazon.com/HONEST-Nourish-Cleanse-Almond-
Jojoba/dp/B0958CJQ8N?th=1 (captured June 14, 2022))



Exhibit 1-8A: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 60 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 60 Count): Product Image – Top Label** (*see* https://www.honest.com/baby-products/wipes/hydrating-and-nourishing-wipes/benefit-wipes.html) (captured June 28, 2022))



**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse) (60-Count): Product Image – Bottom Label** (*see* https://www.amazon.com/HONEST-Nourish-Cleanse-Almond-Jojoba/dp/B0958CJQ8N?th=1 (captured June 14, 2022))



Exhibit 1-8A: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 60 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 240 Count): Product Image – Front Label** (*see* https://www.amazon.com/HONEST-Nourish-Cleanse-Almond-Jojoba/dp/B094ZB1C9P) (captured June 28, 2022))



**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse) (240-Count): Product Image – Top Label**

# PLACEHOLDER

Exhibit 1-8B: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 240 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 240 Count): Product Image –
Side and Back Labels**

# PLACEHOLDER

Exhibit 1-8B: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 240 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 480 Count): Product Images**

# PLACEHOLDER

Exhibit 1-8C: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 480 Count) Labels

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse, 600 Count): Product Images**

# PLACEHOLDER

Exhibit 1-8D: (2) Plant-Based Cleansing Wipes (Nourish + Cleanse, 600 Count) Labels