# Exhibit "2"

*Website Screenshots*
Class Action Complaint

SUBSCRIBE TO SAVE! Get 30% Savings On Customizable Bundles! | Details

SIGN IN

HONEST

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING



NEW!

effortless shine in the blink of an eye

eye catcher
LID TINT

lightweight, shimmer liquid eyeshadow

Shop Now



Subscribe to Save with Bundles

UP TO 30% OFF

completely customizable bundles, free shipping - so easy to manage.

Subscribe Now



comfort collection

Shop Sweet Cream



Baby



Beauty



diapers - wipes subscription

Subscribe Now





WEBPAGE: Home; DATE: 7/6/2022; URL: https://www.honest.com/

| Bath + Body | Cleaning |
|---|---|



diaper cakes
Shop Gifts



NEW PRINTS

you pick,
you save



SUBSCRIBE TO SAVE
20% OFF

✓ Build your 7 Diapers + 4 wipes pack
✓ $82.99 per month
✓ Freebies
✓ 15% off add-ons

Build Your Bundle

## the honest mission



people
Learn More



planet
Learn More



product
Learn More



"

We care about the people and the planet.
We make clean, sustainable, well-designed products that work

- JESSICA ALBA
Founder, Actress, Advocate

*Jessica Alba*

WEBPAGE: Home; DATE: 7/6/2022; URL: https://www.honest.com/



**SAFE FOR YOU + THE PLANET**



**SUSTAINABLE PACKAGING**



**TOXICOLOGIST-AUDITED**



**NO ANIMAL TESTING**

## About Us

Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

## My Account

My Account
My Subscriptions
Order History

## Support

FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

ACCREDITED BUSINESS   BBB Rating: A+
Click for Review

## Stay in Touch

Stay up-to-date on Honest products, promotions and blog articles.

[ ] Honest       [ ] Beauty       [ ] Diapers

Enter Email Address

[ ] I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

**SIGN UP**

2012-2022 The Honest Company, Inc. All Rights Reserved.       Do Not Sell My Personal Information    Privacy Policy    Terms of Service    CA Transparency Act

WEBPAGE: Home; DATE: 7/6/2022; URL: https://www.honest.com/

SUBSCRIBE TO SAVE: Get 30% Savings On Customizable Bundles! | Details

HONEST

Search Honest...     SIGN IN     0

HONEST SUBSCRIPTIONS    DIAPER SUBSCRIPTION    BABY + DIAPERS    BEAUTY    BATH + BODY    GIFTS    CLEANING    JESS'S FAVES    NEW    CLOTHING



## THE HONEST STANDARD

Performance and Peace of Mind.

**Meaningful transparency and thoughtful design. We're on a mission to change the world, one product at a time.**

The Honest Company was born of a simple purpose: to create safe, effective products for our families and yours. And the Honest Standard is how we make that intention a reality. It's our set of guiding principles, and it's the way in which we apply our values to innovation and development

This Standard defines the way we move forward with all new products we introduce from here on out. And it will continue to evolve — because our job of making better products is never done.

### OUR HONEST PHILOSOPHY



**PROTECTING HUMAN HEALTH IS OUR TOP PRIORITY.**

We love our babies. We love your babies. That's why we err on the side of caution when it comes to ingredient selection. While no system is perfect, we do our best to be thoughtful and diligent in avoiding chemicals of concern, because we think you would do the same.



**WE WON'T COMPROMISE PERFORMANCE.**

We believe you shouldn't have to choose between what works and what's good for you. That's why we make breakthrough formulas designed and tested to perform.



**WE'RE THINKING IN THE PRESENT AND FUTURE TENSE.**

And for us, this means ever exploring and evolving to improve our use of renewable resources — from plant-derived ingredients to the newest innovations in green chemistry to the amount of recycled and/or recyclable material in our packaging.



**KNOWLEDGE IS POWER.**

We believe you have a right to know what's in your products and why, regardless of what regulations require. We're committed to providing access to information and education that allows you to make the best choices for you and your family.

How We Fulfill Our Vision:

**THE HONEST STANDARD IN ACTION**

WEBPAGE: Honest Standard; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/baby-personal-care/honest-standard



**STEP**

# 1

## INGREDIENT & MATERIAL ASSESSMENT

Your health, safety and well-being are our top priorities. And we're committed to providing you with high-performance products that you can feel great about using. That's why we place such an emphasis on ingredient assessment, carefully choosing the ones we put into our products and the ones we leave out — in essence, everything you need and nothing you don't.

We pride ourselves on coming from a place of yes, but when it comes to human health, there are instances in which we must say no. That's why we created **our NO List™ — a list of over 2,500 chemicals/materials we choose not to use** in our products. Our NO List™ is made up of category-specific lists, because what causes a chemical/material to pose a risk is dependent on how and where it's used. This list will continue to evolve, and we'll dig deeper as new studies emerge.

We work hard to make our products without materials/ingredients from our NO List; however, manufacturing products is complicated, and we cannot always eliminate background or cross-contamination. We work hard with our manufacturers to control this.

**LEARN MORE** ›

**STEP**

# 2

## TESTING & VALIDATION

We go above and beyond to ensure that every product we develop lives up to our **rigorous standards of safety, efficacy and integrity.** We utilize trusted ingredients that work, then test each product to ensure that it lives up to its promise. If it doesn't, we'll go back to the drawing board. Because you deserve nothing less.

**LEARN MORE** ›





**STEP**

# 3

## PRODUCTION

Just as we take great care in the ingredient assessment, formulation and validation process, we look to manufacturing partners who share our commitment to quality. We require that our partners **follow the gold standard for manufacturing** (Good Manufacturing Practices) for the product being made.

**LEARN MORE** ›

**STEP**

# 4





## PACKAGING

Making every day beautiful is natural to us; we design to inspire and delight. But our packaging development doesn't stop at aesthetics. We strive to be mindful of composition as well, focusing on environmental responsibility and eliminating materials of concern.

LEARN MORE ›



STEP

# 5

## LABEL TRANSPARENCY

We believe you have a right to know what goes into your products. To this end, we list our ingredients clearly and consistently according to established standards, not using the word "fragrance" — a term often used in the US as a label under which ingredients are hidden.

While many conventional brands have made great strides in terms of transparency, very few are doing so directly on the label. We're proud to be leading this change.

LEARN MORE ›

STEP

# 6

## ONGOING EVALUATION

The Honest Standard isn't merely a set of practices that fulfills our aspirational principles — it's a reflection of how we're doing business today and our vision for the future. We're big dreamers and passionate doers, on a mission to bring health and happiness to families everywhere. And with you, we'll continue learning, innovating and evolving to do just that.

LEARN MORE ›



**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

⊙ Store Locator

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

⊙ @honest
⊙ @honest_beauty
f The Honest Company
p The Honest Company
⊙ @honest

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest   ☐ Beauty   ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

2012-2022 The Honest Company, Inc. All Rights Reserved.

Do Not Sell My Personal Information   Privacy Policy   Terms of Service   CA Transparency Act

WEBPAGE: Honest Standard; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/baby-personal-care/honest-standard

FREE GROUND SHIPPING IN THE CONTIGUOUS US | Details

🔍 Search Honest.                                HONEST                                SIGN IN   🛒 0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING



## OUR HONEST PURPOSE

We've always believed small choices add up to a big difference. Call it The Butterfly Effect. By supporting Honest, you're showing support for organizations that share our values and amplify our impact, making happy, healthy lives possible for more people everywhere.

### ADVOCACY + OUTREACH

We know being a parent isn't easy. We're here to make living a more conscious life possible from the start, with support, resources and care for all your pre and postnatal needs.





### COMMUNITY SERVICE

Over 25 million family personal care, feminine care, clean beauty products and other essentials have been donated to individuals and families serviced by our nonprofit partners.

### DISASTER RELIEF

Our compassionate team has volunteered over 18,000 hours (and counting) with over 50 different non-profit organizations giving back to our communities through donation drives, serving meals, beach cleanups and more.

WEBPAGE: The Honest Purpose; DATE: 7/6/2022; URL: https://www.honest.com/purpose



**HONEST DONATIONS**

We've donated to families in need in the best and worst of times, including 3 million diapers and 50,000 personal care products and wipes for those affected by COVID-19 and over 345,000 products for natural disaster survivors and children separated at the border.



## WE'RE IN THIS TOGETHER

We value our mission-driven partners working hand in hand with us to create change where and when it matters the most.





From day one, we've partnered with Baby2Baby to help provide diapers, wipes and basic essentials to children in at-risk communities across the country.

LEARN MORE



Our partnership with March of Dimes helps fund research, advocacy, and service programs that address the current maternal health crisis and support moms in need.

LEARN MORE



BLACK



**SOCIAL JUSTICE**

Learn more about how we support social justice and racial equality initiatives for underrepresented and underserved communities.

**SUSTAINABILITY**

Join us on our sustainability journey to make products that are good for you and for Mother Nature.

**COVID-19**

We celebrate and support frontline parents and essential workers that take care of us during this critical time.



**About Us**

Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

**My Account**

My Account
My Subscriptions
Order History

**Support**

FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

ACCREDITED BUSINESS   BBB Rating A+ Click for Review

**Stay in Touch**

Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest   ☐ Beauty   ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

**SIGN UP**

2012-2022 The Honest Company, Inc. All Rights Reserved.          Do Not Sell My Personal Information     Privacy Policy     Terms of Service     CA Transparency Act

WEBPAGE: The Honest Purpose; DATE: 7/6/2022; URL: https://www.honest.com/purpose

SUBSCRIBE TO SAVE: Get 50% Savings On Customizable Bundles! | Details

HONEST

Search Honest...        SIGN IN    0

HONEST SUBSCRIPTIONS    DIAPER SUBSCRIPTION    BABY + DIAPERS    BEAUTY    BATH + BODY    GIFTS    CLEANING    JESS'S FAVES    NEW    CLOTHING

*Sustainability*

# CLEAN CONSCIOUS CULTURE





100% recycled materials

**FROM DAY ONE, WE PUT PEOPLE + PLANET FIRST**
Join our movement to make the world a greener place, one Mind. Fully. Made.™ product at a time.

Hide video



"SUSTAINABILITY COMES NATURALLY TO US, BUT IT HAS TO WORK FOR YOU, TOO. WE'RE MAKING IT EASIER FOR EVERYONE TO MAKE CONSCIOUS CHOICES. **READY FOR AN HONEST WORLD?**



# DOWN TO EARTH

HOW WE KEEP IT REAL GREEN



## 3500+ ingredients
+materials on our No List™

LEARN MORE →



## 100% PCR
SHIPPERS + CARBON NEUTRAL SHIPPING*

FREE SHIPPING →

**ECO-FRIENDLY INSIDE & OUT**
WE THINK OUTSIDE THE BOX WHEN IT COMES TO PACKAGING - FROM COMPOSTABLE TREE-FREE PAPER TO RECYCLABLE ALUMINUM, TIN, AND GLASS.

**MIND. FULLY. MADE.™**
OUR IN-HOUSE LABS, TOXICOLOGISTS, AND PARTNERS WORK WITH THE HONEST STANDARD TO BRING YOU SAFE AND EFFECTIVE PRODUCTS YOU CAN TRUST. PLANT-BASED, YES. PETROCHEMICALS, NEVER.



## DID YOU KNOW?
## 600



EWG VERIFIED™    USDA CERTIFIED BIOBASED

WEBPAGE: Sustainability; DATE: 7/6/2022; URL: https://www.honest.com/sustainability

## million bottles
*of household products*
*may end up in a landfill\**

\*BASED ON THE COMPARISON WEIGHT OF HONEST CONSCIOUS CLEANING BOTTLES AND REFILLS TO THE HONEST MULTI SURFACE SPRAY BOTTLES AND 2019 (R) AVERAGE PURCHASE CYCLE DATA OF MULTI SURFACE, GLASS AND BATHROOM CLEANERS

**LESS IS MORE**
SUSTAINABLE PRODUCTS WITH MORE OPTIONS TO REDUCE, REUSE, AND REFILL MEANS LESS WASTE FOR YOU AND THE PLANET.

**SHOP CLEANING** ➔

**SAFER CHOICE**

**SHOP NOW** ➔

**CERTIFIABLY GOOD**
BELIEVE THE HYPE. OUR PARTNERS TRUST OUR PRODUCTS TO MEET HIGH EXPECTATIONS FOR SAFETY AND SUSTAINABILITY.

*Keep it green*

# BEAUTY RECYCLING 101

Tips for keeping your beauty products sustainable.

**LEARN MORE** ➔

## HONEST FUTURE



**REDUCE**
✓ Single-use packaging solutions
✓ Shipping weight + water
✓ Carbon footprint

**REUSE**
✓ Upcycled, waste-efficient ingredients + materials
✓ Post-consumer recycled content
✓ Refillable, reusable bottles + boxes

**REIMAGINE**
✓ Plastic alternatives
✓ Carbon-preferred shipping sources

**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest    ☐ Beauty    ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

**SIGN UP**

Member of How2Recycle®

 Store Locator

2012-2022 The Honest Company, Inc. All Rights Reserved.          Do Not Sell My Personal Information     Privacy Policy     Terms of Service     CA Transparency Act

WEBPAGE: Sustainability; DATE: 7/6/2022; URL: https://www.honest.com/sustainability

🔍 Search Honest...          ❀ HONEST          👤 SIGN IN   🛒 0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING

Home / Baby / Diapers / All Baby



## ALL BABY

Safe baby products that work, powered by ingredients you can trust.


ALL DIAPERS


WIPES


BATH + BODY


BEST SELLERS



FILTER BY ⇅        BEST SELLERS ⌄

BEST SELLER


Honest Baby Wipes
$0.99 - $42.99
★★★★★ 4.6 (844)
8 prints


Overnight Diapers
$11.99
★★★★★ 4.5 (353)
2 prints


Diaper Box
$49.99
★★★★★ 4.3 (913)
29 prints


Training Pants
$11.99
★★★★ 3.7 (196)
6 prints

NEW PRINTS


Honest Diapers
$11.99
★★★★ 4.3 (1100)
32 prints

MULTI-PACKS AVAILABLE


Sanitizing Alcohol Wipes, 50 Count
$6.95
Contiguous US Only
★★★★★ 4.6 (291)
4 scents


Baby Arrival Gift Set
$49.95
★★★★★ 5.0 (20)


Hydrating and Nourishing Wipes
$4.95 - $42.95
★★★★★ 4.7 (188)
3 solutions


Baby Shampoo + Body Wash
$10.99
★★★★★ 4.8 (158)
5 solutions

MULTI-PACKS AVAILABLE


Sanitizing Alcohol Wipes
$2.89 - $49.99
Contiguous US Only
★★★★★ 4.6 (291)
2 prints

BEST SELLER


Diaper Cakes
$49.99 - $99.99
★★★★★ 4.8 (202)
6 prints


Overnight Diaper Box
$27.99
★★★★★ 4.6 (181)
8 prints

WEBPAGE: Natural Baby Products; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/view-all-baby



Face + Body Lotion
$10.99
★★★★½ 4.5 (142)
5 solutions

Bubble Bath
$12.99
★★★★★ 4.8 (111)
5 solutions

Conditioner
$10.99
★★★★½ 4.7 (97)
5 solutions

Conditioning Detangler, Everyday Gentle
$6.99
★★★★½ 4.7 (128)
2 solutions

Honest Beauty Soothing Therapy Eczema Body Wash
$13.99
★★★★½ 4.5 (15)

Sprayable Diaper Rash Cream
$11.95
★★★★ 4.2 (161)

Diaper Rash Cream
$10.99
★★★★★ 4.8 (30)

BEST SELLER
Multi-Print, 576 Count Wipes
$35.99
★★★★½ 4.6 (844)
8 prints

Hypoallergenic Baby Laundry Detergent
$15.99
★★★★½ 4.7 (14)

Honest Beauty Eczema Soothing Therapy Balm
$14.95
★★★★½ 4.6 (78)

Face + Body Lotion, Travel Size
$3.95
★★★★½ 4.5 (142)
2 solutions

BEST SELLER
Classic, 720 Count Wipes
$42.99
★★★★½ 4.6 (844)
8 prints

MORE

### Natural Babies are Happy Babies!

Let's be real. You already have plenty to worry about when raising a child. Know what shouldn't be on that list? Wondering whether or not the baby products or diapers you choose are safe and healthy for your little one. Here at Honest Co, we strive to bring you naturally-derived, clean baby supplies at affordable pricing, with plenty of options to choose from. Our goal is to offer you baby essentials you can add to your diaper bag that won't leave you wondering about their impact on your child's health. Our Honest natural baby products are made with simple, clean ingredients that you can trust to be safe when coming in contact with your precious new baby. With a variety of baby gear to choose from, such as diapers, baby wipes, clothing, baby shampoo, and diaper bag options, we have a safe baby care product for you.

Not only is all of our baby stuff clean and safe, but we've also got a few baby essentials that are adorably cute too! Our diapers, overnights, and training pants come in a range of bright, cheerful designs that will make each diaper change just a little brighter. We offer themes for each baby product like superheroes and dinosaurs overnights for little boys, and unicorns and fairies for little girls. For those who veer more toward neutral vibes for their new baby, you can't go wrong with Animal ABC's printed training pants. Safe, natural, bright, and fun, our selection of baby supplies is far more than just products... they're Honest products. Browse our wide selection of baby equipment today to be ready for your baby's arrival!

**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

ACCREDITED BUSINESS    BBB Rating: A+
Click for Review

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest    ☐ Beauty    ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

WEBPAGE: Natural Baby Products; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/view-all-baby

2012-2022 The Honest Company, Inc. All Rights Reserved.

Do Not Sell My Personal Information   Privacy Policy   Terms of Service   CA Transparency Act

WEBPAGE: Natural Baby Products; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/view-all-baby

FREE GROUND SHIPPING IN THE CONTIGUOUS US • Details



🔍 Search Honest...                    ❉ HONEST                    👤 SIGN IN    🛒 0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING

Home  /  Baby + Diapers  /  Wipes

## WIPES

A must-have for all of life's messes.



[ FILTER BY ⇅ ]        [ BEST SELLERS ▾ ]

**BEST SELLER**



Honest Baby Wipes
$0.99 - $42.99
★★★★½ 4.6 (847)
8 prints



Hydrating and Nourishing Wipes
$4.95 - $42.95
★★★★★ 4.7 (188)
3 solutions



Wipes, Hydrate + Cleanse, 60 Count
$4.95
★★★★★ 4.7 (188)
3 solutions

**BEST SELLER**



Rainbow, 288 Count Wipes
$19.80
★★★★½ 4.6 (847)
8 prints



Wipes, Nourish + Cleanse, 60 Count
$4.95
★★★★★ 4.7 (188)
3 solutions



Honest Dry Wipes, 192 Count
$19.99
★★★★½ 4.4 (21)
2 pack options

**BEST SELLER**



Multi Print, 720 Count Wipes
$42.99
★★★★½ 4.6 (847)
8 prints

**BEST VALUE!**



4 WIPE PACKS
Add our gentle, 100% plant-based wipes.

Diapers + Wipes Subscription
$103.73 $82.99
★★★★½ 4.4 (968)

**BEST SELLER**

 

Rose Blossoms, 72 Count Wipes
$4.95
★★★★½ 4.6 (847)
8 prints

**BEST SELLER**

 

Multi-Print, 288 Count Wipes
$19.80
★★★★½ 4.6 (847)
8 prints

**BEST SELLER**



Classic, 72 Count Wipes
$4.95
★★★★½ 4.6 (847)
8 prints

**BEST SELLER**



Blue Ikat, 720 Count Wipes
$42.95
★★★★½ 4.6 (847)
8 prints

**BEST SELLER**



Pattern Play, 72 Count Wipes
$4.95
★★★★½ 4.6 (847)
8 prints

**BEST SELLER**

 

Multi-Print, 576 Count Wipes
$35.99
★★★★½ 4.6 (847)
8 prints

**OUT OF STOCK**

 

Honest Dry Wipes, 48 Count
$4.95
★★★★½ 4.4 (21)
2 pack options

**OUT OF STOCK**



Terrazzo, 36 Count Wipes
$2.95
★★★★½ 4.6 (847)
8 prints

WEBPAGE: Wipes; DATE: 7/7/2022; URL: https://www.honest.com/baby-products/wipes



MULTI-PACKS AVAILABLE

Sanitizing Alcohol Wipes, 15 Count,
Lavender Field
$2.89
Contiguous US Only
★★★★★ 4.6 (291)
4 scents

MULTI-PACKS AVAILABLE

Sanitizing Alcohol Wipes, 15 Count,
Grapefruit Grove
$2.89
Contiguous US Only
★★★★★ 4.6 (291)
4 scents

BEST SELLER

Classic, 720 Count Wipes
$42.99
★★★★★ 4.6 (847)
8 prints

BEST SELLER

Rose Blossom, 720 Count Wipes
$42.95
★★★★★ 4.6 (847)
8 prints

OUT OF STOCK

Pattern Play, 10 Count Wipes, 4-Pack
$3.95

Rainbow + Terrazzo, 648 Count Wipes
$39.99
★★★★★ 4.6 (847)
8 prints

MULTI-PACKS AVAILABLE

Sanitizing Alcohol Wipes, 450 Count
$62.55 $49.99
Contiguous US Only
★★★★★ 4.6 (291)
4 scents

Makeup Remover Facial Wipes
$3.99 - $19.99
★★★★★ 4.7 (43)
3 pack options

MORE



**A must-have for all of life's messes. Honestly Good, Honestly Effective, Mess Wiper Upper**

As every seasoned mama knows, water wipes for baby babies are useful for just about everything, not just dirty bottoms. They can handle almost any spill or mess. Wipe down your little one's grubby faces and hands, or heck, even clean the dashboard of your car! Hey, we know a mom that knows a mom. Whatever you use them for, you should be able to trust that the diaper wipes you use are safe and non-toxic. Honest Co to the rescue! We happen to specialize in the safe and non-toxic baby wipe.

Need a wet wipe that also kills germs while still being gentle enough to use on your baby's hands? Honest offers **alcohol wipes** that sanitize with 65% alcohol and a hint of aloe leaving the skin soft and hydrated. Perfect for not only your baby's hands, but also for YOU when you're on the go, especially when there's no soap and water around.

Perhaps you're looking for the perfect baby wipes that's gentle on sensitive skin? Make the switch to **Honest Baby Wipes** where delicate skin is top of mind and nasty chemicals and parabens are nowhere to be found in our formulas. Our baby wipes are hypoallergenic and dermatologist-tested making them perfect for babies with eczema or naturally sensitive skin. The gentle formula can even soothe bad diaper rash. Whether you prefer baby **dry wipes** or water wipes, rose blossom scent, or fragrance-free, you can rest assured that we use only plant-based materials, and ingredients. You can use our unscented baby wipes options on sensitive skin, bad diaper rash skin, and delicate skin. Choose from a variety of fancy prints that make baby wipes feel a little less, well...

Trust us, you're going to want a pack in your **diaper bag** or available on hand at all times. Be sure to buy in bulk too, so you never run out when you need a wipe to clean your baby's skin. If you need wipes to help keep little hands clean and disinfected, our Alcohol Wipes are gentle and up to snuff, created with a hint of aloe and 65% alcohol. This is perfect for little hands with delicate skin that get into all sorts of messes. We even offer a **Diapers and Wipes Subscription** so that you'll never run out of your water wipes and diapers stash! It's our Honest commitment to you and your little one- safe, non-toxic products you can rely on.

**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest    ☐ Beauty    ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us.

Affiliates

Investors

Teacher/Military Discount

Member of How2Recycle®

Store Locator

with our Privacy Policy.

SIGN UP



2012-2022 The Honest Company, Inc. All Rights Reserved.

Do Not Sell My Personal Information     Privacy Policy     Terms of Service     CA Transparency Act

FREE GROUND SHIPPING IN THE CONTIGUOUS US | Details

### HONEST

🔍 Search Honest...

SIGN IN   🛒 0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING



@hollydyche.photography

## WELCOME HOME, BABE

Congrats on your little one! Let us help you ease into your New Normal with these newborn necessities.

SHOP NOW

**HONEST FAVES FOR YOUR BUNDLE OF JOY**



@isprouting.littles

**COMFY PROTECTION**

Plant-based materials, advanced leak protection, a cushy fit + stylish prints in tiny sizes for your new babe's tender tushie.

SHOP NEWBORN DIAPERS

**BOTTOMS UP**

This zinc oxide cream forms a protective layer to help relieve diaper rash while with shea butter, tamanu and olive + coconut oils soothe little bums.

SHOP DIAPER RASH CREAM



**NO MORE ITCH**

Soothe your babe's sensitive, eczema prone skin with long-lasting moisture, prebiotics, colloidal oatmeal, and coconut + safflower oils.

SHOP ECZEMA COLLECTION

WEBPAGE: Newborn Essentials, DATE: 7/6/2022; URL: https://www.honest.com/baby-products/baby-personal-care/newborn

**WIPED OUT**

Newborn skin is super sensitive. Our pure Dry Wipes are made from 100% sustainably sourced organic cotton (only), and our 100% plant-based Honest Wipes are made of over 99% water.

Shop Wipes ▸



**SOAK UP THE FUN**

Choose between 4 nourishing scents based on your babe's needs. Honest Bathtime Routines include Bubble Bath, Shampoo + Body Wash, Conditioner and Face + Body Lotion.

Shop Bathtime Routines ▸



**EASY REFRESH**

Bye, Blowouts. Our gentle spray cleanser with aloe leaves cheeks beyond refreshed, especially after those unexpected poop explosions.

SHOP SOOTHING BOTTOM WASH



# NEWBORN CARE BASICS

Honest tips to care for your new bundle of joy.







NEWBORN CARE: TIPS & TRICKS FROM NURSES

7 TIPS FOR BRINGING HOME BABY (FROM A DAD)

HOW TO BATHE A NEWBORN: 7 HONEST TIPS

WEBPAGE: Newborn Essentials; DATE: 7/6/2022; URL:

Newborn tips from breastfeeding to nail clipping.

**Read More** ▸

There's always something new to learn. So, I thought I'd share some tips and tricks for other dads, which I've figured out from my experience helping my wife and family at the maternity ward (times three).

**Read More** ▸

In the first few weeks, your baby will only need sponge baths. But after the umbilical cord falls off, it's the perfect time to introduce the bathing process.

**Read More** ▸

**About Us**

Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

**My Account**

My Account
My Subscriptions
Order History

**Support**

FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

BBB Rating: A+
Click for Review

**Stay in Touch**

Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest   ☐ Beauty   ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

2012-2022 The Honest Company, Inc. All Rights Reserved.

Do Not Sell My Personal Information    Privacy Policy    Terms of Service    CA Transparency Act



FREE GROUND SHIPPING IN THE CONTIGUOUS US >     Details

HONEST

SIGN IN     0

HONEST SUBSCRIPTIONS    DIAPER SUBSCRIPTION    BABY + DIAPERS    BABY    DIAPERS    BEAUTY    BATH + BODY    GIFTS    CLEANING    JESS'S FAVES    NEW    CLOTHING

Home  /  Baby + Diapers  /  Baby Care  /  Honest Baby Wipes

BEST SELLER



## HONEST BABY WIPES

Clean up all of life's messes with our 100% plant-based baby wipes, made with over 99% water and gentle on sensitive skin.

**$0.99 - $42.99**

★★★★½   4.6 (844)

*Klarna.*  4 interest-free payments of $10.74. Learn more

### AWARDS + SEALS

### SELECT PRINT
None Selected

### SELECT PACK
None Selected

| 10 Count | 36 Count | 72 Count | 288 Count |

| 576 Count | 648 Count | 720 Count |

Qty:   −   1   +

**ADD TO BAG**

Free Ground Shipping in the Continental US

f  P  t

### UPGRADE TO A KIT

BEST VALUE!

FREE GIFT
Free gift with every 1st delivery!

Diapers + Wipes Subscription
$103.73 $82.99

**ADD TO BAG**

Hydrating and Nourishing Wipes
$4.95 - $42.95

**ADD TO BAG**

## CUSTOMERS ALSO LOVE



NEW PRINTS

HONEST DIAPERS
$11.99
32 prints

PATTERN PLAY, 10 COUNT WIPES, 4-PACK
$3.95







WEBPAGE: Honest Plant-Based Baby Wipes; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html

DETAILS | HOW TO USE | INGREDIENTS

Looking for the best baby wipes for your little one? Made with delicate skin in mind, our sensitive wipes don't include harsh ingredients or parabens. From diaper change duty and messy fingers, to sticky counters and gunked-up toys — our ultra durable, extra thick Honest wet wipes get the job done! These hypoallergenic wipes are dermatologist-tested and contain more than 99% water and zero harsh chemicals, making them gentle enough for baby's sensitive skin. The convenient pop-up dispenser makes our ultra-thick, ultra-soft baby wipes perfect for home or your diaper bag. Honest wet wipes are thoughtfully designed and contain everything you need and nothing you don't.

Our disposable wipes are available in a variety of wipe counts so you can find the perfect amount of wipes to suit your needs.

Can't get enough of our diapers and wipes? Check out our easy, cost-effective subscriptions **DIAPERS + WIPES BUNDLE**.

National Eczema Association (NEA) Seal of Acceptance™
No need to worry about irritation on the diaper area– we got you. NEA awards the Seal of Acceptance™ to products that are deemed suitable for people with eczema or sensitive skin, which is based on sensitivity, safety, toxicity, and ingredient testing data. When you see this seal, you can trust that this product is safe + brings good vibes only.

**RESULTS**
*In a clinical study of babies and children ages 3 months to 3 years (after two weeks of use)*
- 100% of parents agreed that the wipe was durable enough for even the messiest diaper change
- 100% of parents agreed that the wipe left baby's skin feeling soft and hydrated
- 100% of parents agreed that the wipe provided a soothing and comforting experience for baby

Designed in California.
Responsibly Made in China.
Manufactured in a Nordic Swan, ISO 9001, GMPc, BCR, GMP and EPA certified facility.
Not Tested on Animals.



| KEY BENEFITS | MADE WITHOUT | KEY INGREDIENTS |
|---|---|---|
| 100% Plant-Based Wipes | Alcohol | 99% Water |
| Made With Over 99% Water | Parabens | |
| Extra Large, Thick & Soft | Chlorine Processing | |
| Hypoallergenic | Fragrances | |
| Dermatologist-Tested | | |

## FAQS

Can I use the baby wipes to clean other parts of my baby?   −

Absolutely! Our wipes can clean your baby from head to toe. Just avoid the eye area on your baby's face, and you're good.

Are the baby wipes good for sensitive skin?   +

Will Honest wipes cause diaper rash?   +

Can I use baby wipes on a newborn baby?   +

## REVIEWS

★★★★½  4.6  |  844 Reviews
684 out of 749 (91%) reviewers recommend this product

Search topics and reviews

### Reviews

Rating Snapshot
Select a row below to filter reviews.

| | | |
|---|---|---|
| 5 ★ | | 654 |
| 4 ★ | | 93 |
| 3 ★ | | 55 |
| 2 ★ | | 22 |
| 1 ★ | | 20 |

Average Customer Ratings

| | | |
|---|---|---|
| Overall | ★★★★½ | 4.6 |
| Quality | | 4.7 |

1–8 of 844 Reviews

Sort by: Most Relevant ▼

**Sonnet**
Az
★★★★★ · a year ago · ✓ Verified Purchaser
**Perfect size for diaper bag.**

I haven't been using these for long, so I can't say whether or not they dry out or anything, but the material is thick and textured so it makes me feel like it's really going to grab on to everything and get a better clean. So far, they are plenty wet so it seems like it gets the job done quickly. I love the 36 count packs for the diaper bag. They are just the right size and have the snap top to keep them fresh. The other wipes I've been getting with the snap tops, the lids often break off and I have to secure them with a rubber band. These tops seem sturdier and so far I've not had that problem! I will continue to buy these for my diaper bag.

Recommends this product ✔ Yes

Helpful? Yes · 5   No · 0   Report

---

**Mom06**
Connecticut
Review 1
Votes 5
Gender Female
Age 25 to 34

★ · 5 months ago

**Chemical on wipes**

Very disappointed! Wipes had a yellow/orange chemical on it. I though it was only one bag but once I opened the rest of them the all had the same chemical. Definitely not using this product for my two month old baby.

Quality

Recommends this product ✗ No



Helpful? Yes · 5   No · 3   Report

---

**Anonymous**
Michigan
Review 1
Votes 19
Gender Female
Age 35 to 44

★★★★★ · a year ago

**Holy Grail Wipes**

I have been using Honest Co. wipes for 7yrs. They are the perfect size, texture, thickness and most importantly non irritating, unscented and leaves no residue. It's like using a water on a soft towel. We are a household of 5 with eczema, psoriasis and allergies. We can use these wipes to clean face, hands and feet after playing, eating and even nice for us adults after breaking a sweat at the park. Due to the repeated use of sanitizers, we also use them after using sanitizer so our skin doesn't get too dry or irritated.

Quality

Recommends this product ✔ Yes

Helpful? Yes · 19   No · 0   Report

---

**Jerrica WG**
South Carolina
Review 1
Votes 20
Gender Female
Age 25 to 34

★★★★★ · a year ago

**I'm grown but I still use these**

I was a huge cotonelle wipe fan and then covid hit and everyone including their great-grandma were suddenly wipe users and to add insult to injury, I guess cotonelle re-designed and their wipes were so thin you always got a little peak a boo surprise when you were wiping. So I found these on a whim and I use them. I DO NOT flush them, I throw them in the trash but these are great to use after I wash with the bidet. I especially love the thickness and the size for times when I'm not at home or on my period. They really get the job done.

Quality

Recommends this product ✔ Yes

Helpful? Yes · 20   No · 3   Report

---

**Anonymous**
North Carolina
Review 1
Votes 10
Gender Female
Age 25 to 34

★★★★★ · a year ago

**Darla has a happy bum!**

I absolutely everything from honest! My little Darla has super sensitive skin and everything I used seem to irritate her. Then I found honest! We have had zero issues with my little one since started using all honest products.

Quality

Recommends this product ✔ Yes



Helpful? Yes · 10   No · 2   Report

---

**Mamaof7**
Yuma, AZ
Reviews 2
Votes 15
Gender Female
Age 25 to 34

★★★★★ · a year ago

**Awesome**

When compared to the name brand I use to get these are far better. They are thicker and have a very nice texture. Gets the job in even some of the the worst of baby messes. Honest is my new go to brand



Helpful? Yes · 7   No · 1   Report

---

**Jessika**
Fontana, California
Review 1
Votes 4
Gender Female
Age 25 to 34

★★★★★ · a year ago

**wipes**

I open a wipe packet to try it. Wipes are good the only thing more than one wipe tend to come out when you pull it.

Quality

Recommends this product ✔ Yes



Helpful?   Yes · 4    No · 0    Report

**Happycamper**
Chicago
Review **1**
Votes **10**
Gender **Female**
Age **35 to 44**

★★★★★ · a year ago

**Multi-use**

I use these to clean my dogs paws when he comes in from outside. We put down a lot of salt during the winter and these keep his little paws from peeling from the chemicals

●Verified Purchaser

Quality
_____

**Recommends this product** ✓ Yes

Helpful?   Yes · 10    No · 4    Report

1-8 of 844 Reviews                                                              ◄   ►

## FROM THE BLOG

Thoughts and advice for living a happy, healthy life.



**Sensitive Skin? Here's All You Need to Know About Baby Wipes**

If your baby has sensitive skin you're going to want to read this. Here's the full breakdown on what you want your wipes to have and what you don't want them to have in them.

Read More

**EXPLORE BLOG**

**About Us**
Blog
Our Story
Honest Standard
Our Cleanary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

📍 Store Locator

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

◎ @honest
◎ @honest_beauty
f The Honest Company
P The Honest Company
𝕏 @honest

BBB Rating: A+ Click for Review

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest    ☐ Beauty    ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

**SIGN UP**

2012-2022 The Honest Company, Inc. All Rights Reserved.    Do Not Sell My Personal Information    Privacy Policy    Terms of Service    CA Transparency Act

WEBPAGE: Honest Plant-Based Baby Wipes; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html

FREE GROUND SHIPPING IN THE CONTIGUOUS US / *Details*

Search Honest...

**HONEST**

SIGN IN | 0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING

Home / Baby + Diapers / Wipes / Hydrating and Nourishing Wipes





## HYDRATING AND NOURISHING WIPES

Fresher than ever. Our new wipes are made with skin nourishing ingredients + natural scents to keep skin feeling soft + smelling fresh. Plus, they smell amazing! Use them for the whole fam — from gently cleansing your hands on-the-go or freshening up post-workout, to cleaning kiddos' messy faces, hands and tushies!

**$4.95 – $42.95**
60 ct (15 cm × 20 cm)

★★★★½  4.7 (188)

Klarna.  4 interest-free payments of $10.73. Learn more

**AWARDS + SEALS**

🐰 *Cruelty-Free*

**SELECT SOLUTION**
Variety Pack (Hydrate + Nourish)

| Hydrate + Cleanse | Nourish + Cleanse |
| Variety Pack (Hydrate + Nourish) |

**SELECT PACK**
None Selected

| 240 Count | 480 Count | 600 Count |

Qty:  – 1 +

**ADD TO BAG**

Free Ground Shipping in the Continental US

f  𝕡  𝕩

## CUSTOMERS ALSO LOVE

NEW PRINTS





**PATTERN PLAY, 10 COUNT WIPES, 4-PACK**
$3.95

**HONEST DIAPERS**
$11.99
32 prints

| DETAILS | HOW TO USE | INGREDIENTS |

Infused with skin nourishing ingredients + natural fragrance, our new 100% plant based wipes clean effectively while giving skin a little extra love. Plus, they smell amazing! Use them for the whole fam — from gently cleansing your hands on-the-go or freshening up post-workout, to cleaning kiddos' messy faces, hands and tushies! Keep them in the car for sticky snacks on-the-go, in your work out bag for a quick refresh, and in all the rooms of your home for easy access to these multitasking wipes we love!

**Nourish + Cleanse**
Our Nourish + Cleanse wipes are made with jojoba + almond oil to nourish skin, and the dreamy natural sweet almond scent uplifts spirits.

**Hydrate + Cleanse**
Our Hydrate + Cleanse wipes are made with aloe + cucumber to hydrate skin. The natural aloe water scent is light and gentle, sure to make your cleansing experience so refreshing!

*Designed in California. Responsibly made in China.*



WEBPAGE: Honest Plant-Based Cleansing Wipes; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/wipes/hydrating-and-nourishing-wipes/benefit-wipes.html

| KEY BENEFITS | MADE WITHOUT | KEY INGREDIENTS |
|---|---|---|
| 100% Plant based wipes | Alcohol | HYDRATE + CLEANSE: Naturally scented aloe water + aloe and cucumber |
| Naturally scented | Parabens | |
| Extra large, thick + soft | Chlorine processing | FOR NOURISH + CLEANSE: Naturally scented sweet almond + jojoba and almond oil |
| | Synthetic fragrances | |

# REVIEWS

★★★★★ 4.7 | 188 Reviews

67 out of 71 (94%) reviewers recommend this product

[Search topics and reviews]  [🔍]

## Reviews

**Rating Snapshot**

Select a row below to filter reviews.

5 ★ ▬▬▬▬▬▬▬ 153
4 ★ ▬▬ 24
3 ★ ▮ 6
2 ★ ▮ 2
1 ★ ▮ 3

**Average Customer Ratings**

| | | |
|---|---|---|
| Overall | ★★★★★ | 4.7 |
| Quality | ▬▬▬▬▬ | 4.7 |

1-8 of 188 Reviews                                    ❓ Sort by: Most Relevant ▾   ☰

**Anonymous**
Baltimore MD
Reviews 2
Votes 2
Gender Female
Age 35 to 44

★★★★★  6 months ago                                   ◉ Verified Purchaser

**I love Honest**

I absolutely love your company they have amazing diapers and wipes and everything about their company is just purely amazing and wouldn't get any other diaper wipe body wash or anything that belongs to baby's or kids or adults! I love how everything is organic and safe for children and adults and I love the fact that they carry everything I need except medicine which would be awesome maybe one day I love to keep everything I use for my kids natural and organic and that's what I love about the honest company plus their baby clothes and kids clothes and their sheets exc. are just amazing I highly recommend honest to everyone I know with babies and kids and for themselves as well. ❤❤

Quality ▬▬▬▬▬

**Recommends this product** ✓ Yes

[☀] [☀] [☀] [☀]

Helpful? Yes · 2   No · 0   Report

**gabbyd46**
Review 1
Votes 0

★★★★★ · a year ago                                    🎁 Received Free Product

**delicate!!**

i received this product to try for free and i am pleased with this Honest nourish + cleanse wet wipes made from plants. its texture is soft and its delicate aroma of almonds and jojoba makes them very special. i have 4 children 2 of them are little as well as being pregnant again and i am really satisfied with the quality of these wet wipes, i recommend them in their entirety. i thank the honest company and influencer for the opportunity to receive this product.

[☀] [image] [image] [image]

*influenster* Originally posted on influenster.com

**catieheart**
Reviews 2
Votes 0

★★★★★ · a year ago                                    🎁 Received Free Product

**I really like these wipes!**

First off..the smell is so subtle. I'd hardly call it a fragrance, and that's totally fine! I love light scents, too! The ingredients are simple...when compared to other kinds, and I love that, too. Second..is the wipe itself. I was pleased to find a smooth side, and a textured side. I'm telling ya...these came in super handy when all 3 kids decided to use themselves as dry erase boards! These things worked Amazing, no one broke out in any rashes, or had red on their faces...as my kids are prone to do, with certain things. And, I don't feel dry, or have a filmyness, when done using them. They are Awesome! I'd definitely buy these again! And I'm a die hard Huggies fan..that..says a lot! I'm also loving the Snap Shut lid...like...it REALLY snaps Shut!

*influenster* Originally posted on influenster.com

**azeretn**
Review 1

★★★★★ · a year ago                                    🎁 Received Free Product

**absolutely love these**

WEBPAGE: Honest Plant-Based Cleansing Wipes; DATE: 7/6/2022; URL: https://www.honest.com/baby-products/wipes/hydrating-and-nourishing-wipes/benefit-wipes.html

I had never tried any wipes from this company before and I am loving them. they are so extremely soft compared to other brands. I love that they have texture cause it gets everything cleaned much better. they smell so good. these are the sweet almond + almond oil and jojoba. love that it is plant based and free from alcohol, parabens, synthetic fragrance and chlorine processing. not tested on animals. hypoallergenic. I would definitely recommend and buy these again.



Originally posted on influenster.com

---

**shera2**
Review 1
Votes 0

★★★★ · a year ago
Received Free Product

### Decent thick wipes

I tested this product for about a week and compared it with my regular baby wipes. I must say these wipes are nice and thick. I was able to wipe my baby with less wipes and because they are thick, I could clean my toddler's face with only one wipe. Despite their effectiveness, I did have a gripe with this product and that was the smell. I didn't care for the scent at all and would have liked it if they were unscented. I also didn't see how the product claims to nourish my baby's skin. In spite of this, I think that these wipes are really thick,durable and effective. I would definitely recommend them.




Originally posted on influenster.com

---

**kristinsims05**
Review 1
Votes 0

★★★★★ · a year ago
Received Free Product

### great wipes

I'm very picky when it comes to wipes. These were perfect!! My son has sensitive skin and these wipes were great. They are the perfect thickness and not to strong on the scent. You can fold and use again to wipe those really dirty faces. So 1 wipe is great which makes these last longer. I'm definitely going to buy these regularly. I have twins on the way so these are my #1 choice.



Originally posted on influenster.com

---

**miamia6zt6660a**
Review 1
Votes 0

★★★★★ · a year ago
Received Free Product

### Great Wipes

I am very impressed by this wipes. I love that the Honest wipes are plant based. They are the perfect amount of "wet" and doesn't leave bits and pieces of the cloth behind. Just the right size. It doesn't leave you sticky after using them like other brands. Cruelty Free and they smell great. Definitely would recommend this😊.



Originally posted on influenster.com

---

**tristabl983**
Review 1
Votes 0

★★★★★ · a year ago
Received Free Product

### Great for my sensitive skin baby!

I love how thick these wipes are. They are great for cleaning up after babies/kids have eaten, during diaper changes, and anything in between. They don't skip across the skin, they clean well, no irritation on the skin for my baby. I love that they are plant based. The cucumber scent doesn't come through to me. I only smell the Aloe. Which is fine. It isn't overwhelming. I definitely recommend. One wipe can clean up quite a bit. I love the packaging. It's details like the butterfly on the pop top and the bamboo & aloe pics on the packaging that show how thought out their packaging design was. Definitely one of the best wipes I've ever tried.



Originally posted on influenster.com

WEBPAGE: Honest Plant-Based Cleansing Wipes; DATE: 7/6/2022; URL:
https://www.honest.com/baby-products/wipes/hydrating-and-nourishing-wipes/benefit-wipes.html

Blog

Our Story

Honest Standard

Our Glossary

Donation at Checkout

Social Responsibility

Giveaways

Press Releases

Careers

Affiliates

Investors

Teacher/Military Discount

Member of How2Recycle®

Store Locator

My Account

My Subscriptions

Order History

FAQ

Klarna

Contact

Gift Certificates

Sitemap

Web Accessibility

@honest_beauty

The Honest Company

The Honest Company

@honest

BBB Rating: A+
Click for Review

Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest   ☐ Beauty   ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

2012-2022 The Honest Company, Inc. All Rights Reserved.

Do Not Sell My Personal Information    Privacy Policy    Terms of Service    CA Transparency Act

SUBSCRIBE TO SAVE! Get 30% Savings On Customizable Bundles! | Details

HONEST

Search Honest...    SIGN IN    0

HONEST SUBSCRIPTIONS    DIAPER SUBSCRIPTION    BABY + DIAPERS    BEAUTY    BATH + BODY    GIFTS    CLEANING    JESS'S FAVES    NEW    CLOTHING

Home / Blog / Wellness / Body

# NEW YEAR, NEW BABES, NEW PRIORITIES

By: The Honest Company    Jan 31, 2022    SHARE    SHARE



Image by @cindy.monette

Setting new goals and intentions is pretty par for the course when it comes to the start of a new year. But if 2022 has also brought new additions to your family (from newborns to ones on the way), you've probably come up with a whole-new set of goals for you and your growing fam. We're here to make your new year's resolution for a clean, happy home possible! From clean-conscious diapers that comfortably keep your lil' babe dry + secure to baby wipes made with plant-based ingredients that are gentle on them—we've put together our lineup of safe, thoughtfully designed baby products you'll want to have at the top of your 2022 parenting agenda. Why? Because it's OUR resolution to offer you clean products that work (and work well) and help you thrive at home + beyond.

## LET'S START WITH THE BASICS

When it comes to our lil' babes (specifically, caring for baby's skin), we all want the best—from clean, safe ingredients to reliable products that work—and, of course, at the right price. This is especially true when it comes to the everyday essentials, like diapers. How do you know which ones to choose for your babe? If you haven't tried Honest diapers yet, keep reading to find out why they check ALL the boxes

Talking about performance alone, those diapers have the technical deets to back it up: A wetness indicator (so you always know when it's time for a fresh pair), advanced absorption, and enhanced blowout protection. But that ain't all—they're also designed with safe, plant-based materials and less bulk (thanks to Chlorine-Free Fluff Pulp) and are hypoallergenic, giving your babe's delicate tush a snug, dry, comfy fit (and not to mention the most stylish prints eva).

### WIPES

The perfect pairing to our super-absorbent, cruelty-free diapers is a high-performing baby wipe to match. From daily diaper changes to major blowouts (or any of life's messes), our extra-thick wet wipes get the job done. Ultra-durable and strong against messy situations yet super gentle on baby's sensitive skin, our 100% plant-based cloth wipes are made with over 99% water and zero harsh ingredients like parabens. Containing everything you need and nothing you don't, these disposable baby wipes are hypoallergenic + derm-tested. Their pop-up dispenser makes it easy to use at home, or throw a pack in your diaper bag and reach for one anytime you're dealing with sticky fingers or a wet bottom.

### DIAPERS + WIPES BUNDLE

Remember, 2022 is all about making daily routines easier. That's why we've got you with the ultimate parenting hack: Our super-convenient monthly Diapers + Wipes Subscription! Never run out of diapers or wipes, ever. No more last-minute runs to the store. We ship the sizes (and the cutest prints!) you choose right to your door + on the schedule you desire. 7 packs of diapers, 5 packs of wipes, plus the add-ons of your choice. What's more, you will actually be saving on overall cost with the monthly price, so it's a win-win-win. Easy, breezy, cost-effective—that's what we like to call the Honest difference.



## THE LATEST



**Contour like a Boss Babe**

Get Jessica's go-to contour look using our NEW Fresh Flex Concealer.



**5 Trending Eyebrow Styles & How To Achieve Them**

With so many eyebrow styles, don't be afraid to play up your brows and try out different looks. Read on to discover the top trending brow styles today.



**How To Celebrate Dad: Our Top 6 Father's Day Ideas**

Trying to come up with some unique Father's Day ideas? Here are six ways you can make his whole day special.



**Q+A with Christine Chan**

We sat down with Honest Mama and founder + designer of Captivant Collection @cestcc.

### FOLLOW US



TWITTER    FACEBOOK
INSTAGRAM    YOUTUBE

WEBPAGE: Blog Post - New Year, New Babes, New Priorities; DATE: 7/7/2022; URL:https://www.honest.com/blog/wellness/body/new-year-new-babes-new-priorities/01312022.html



Image by @britbooth_

### DIAPER RASH CREAM

We've got even more clean, skin-loving products for healthy-looking booties. Whenever you + your babe are faced with diaper rash, we've got the perfect ointment to help you nip it in the, well, bum! Packed with natural ingredients like organic shea butter and jojoba, tamanu, olive and coconut oils, our Diaper Rash Cream soothes and protects your baby's bottom. We know first-hand—when dealing with skin irritation on baby's sensitive skin, it's so important to be gentle with your diaper rash treatment. After cleansing and drying baby's rash and the affected area, apply our physician-tested zinc oxide diaper rash cream to form a moisture barrier on your baby's skin that helps calm irritation and bring sweet relief to discomfort. For best results, apply after each diaper change.

*Side Note: What causes baby's diaper rash, anyway? There are a few causes that can lead to this unpleasant reaction. Leaving a wet, dirty diaper on your baby too long can cause anything from a moderate to severe diaper rash. Always be sure to change your baby's diaper often! In addition, not having the correct size diaper may lead to chafed skin, which can also contribute to mild diaper rash. Check that you are putting on the correct size diaper for your baby and that it is gentle enough for their sensitive skin.*

### ORGANIC ALL-PURPOSE BALM

Need help soothing sensitive skin? Rough elbows? Dry cuticles? Get yourself a balm that does it all! When you want that one reliable ointment you can keep at home, in the car + in your bag, and will reach for again and again to soothe baby's sensitive skin on the spot, moisturize extra-dry skin, and tame flyaway strands— our award-winning Organic All-Purpose Balm was designed with naturally-derived ingredients and ahh-mazing relief to tackle everything. Liberally apply this super-versatile, hypoallergenic salve anywhere and anytime you or babe need a moisturizer or shot of soothing, smoothing relief. This cream is loaded with key ingredients that sensitive skin types will appreciate (like shea butter and sunflower, olive + coconut oils) to nourish and help relieve extra-dry skin, and contains NONE of the stuff you don't want (including synthetic fragrances, mineral oil and phthalates).

### HYPOALLERGENIC BABY LAUNDRY DETERGENT

How we wash our baby's clothes is just as important as the clothing and products we choose to put on baby's skin. That's why we designed our Hypoallergenic Baby Laundry Detergent* with a formula specially for baby's sensitive skin, featuring plant-derived ingredients (including 4 stain-fighting enzymes). Our hypoallergenic, dermatologist-tested detergent is powerful on fighting tough stains and messes in the laundry, yet leaves clothes feeling fresh with a gentle clean you can trust! Our innovative formula is free of ingredients you don't want to see in your detergent, like fragrances, dyes, formaldehyde donors and optical brighteners. When tackling everything from poop stains to baby's other spills + thrills, consider this your go-to laundry detergent for washing away life's messes using safe ingredients for your baby. Best of all—our liquid detergent lasts up to 50 loads!

### GENTLY NOURISHING BATHTIME ROUTINE KIT

Make bathtime extra-special for your lil' babe with a comforting bath that soothes and nourishes! Featuring our boss babe Jessica's favorites to use in her bubble bathtime routine with her lil' one, our Gently Nourishing Bathtime Routine Kit comes complete with all the bubbles, skin-loving ingredients and moisturizing benefits that baby's soft skin deserves (not to mention plenty of precious moments). Give your lil' babe a next-level relaxing bath with our Gently Nourishing lineup: Start with the sweet Bubble Bath that soaks your babe in bubbly bliss using naturally derived ingredients, including jojoba and almond oils. Work our tear-free Shampoo + Body Wash formula into a lather and massage into baby's damp hair and skin for a cozy clean. Tame the mane with our gentle Conditioner that moisturizes + detangles strands for a smooth finish. Complete the routine with our Face + Body Lotion that babe (and you!) will love. Made especially for sensitive skin, it soothes and moisturizes with a nourishing blend of shea butter, jojoba + safflower oils as it hydrates from head to toe for a soft, smooth feel.



WEBPAGE: Blog Post - New Year, New Babes, New Priorities; DATE: 7/7/2022; URL:https://www.honest.com/blog/wellness/body/new-year-new-babes-new-priorities/01312022.html



Image by @k.a.i.a_3

Get the whole Gently Nourishing Bathtime bundle and use these baby bath must-haves on the daily! Baby's skin will feel soft, moisturized and squeaky clean, and you'll both fall for the sweet almond scent.

Want more great parenting hacks + product recos for your 2022 plans? Check out our full lineup of baby must-haves here.

*EPA/Safer Choice recognition does not constitute endorsement of this product. The Safer Choice label signifies that the product's formula, as The Honest Company has represented it to the EPA, contains ingredients with more positive human health and environmental characteristics than conventional products of the same type. EPA/Safer Choice relies solely on The Honest Company, its integrity and good faith, for information on the product's composition, ingredients and attributes. EPA/Safer Choice has not independently identified, that is, via chemical analysis, the ingredients in the product formula, nor evaluated any of The Honest Company non-ingredient claims. EPA/Safer Choice provides its evaluation only as to the product's human health and environmental characteristics, as specified in the Standard and based on currently available information and scientific understanding.

We aim to provide you with the most honest and credible information possible. This article was reviewed for accuracy by The Honest Team and was written based on trusted sources that are linked at the bottom of the article.

## SHOP THIS STORY



| | Organic All-Purpose Balm | Honest Diapers | Honest Baby Wipes |
| --- | --- | --- | --- |
| ...tion | $12.99 | $11.99 | $0.99 - $42.99 |
| | | 32 prints | 8 prints |

## EXPLORE BY CATEGORY

AT HOME     MIND     BODY     INGREDIENTS

**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

BBB Rating: A+
Click for Review

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest   ☐ Beauty   ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

DISCLAIMER: Content on this site is not a substitute for professional medical or healthcare advice, diagnosis, treatment, dietary, or safety advice, and may not be used for such purposes. Always seek the advice of your physician or other qualified expert with any questions you may have regarding a medical question, condition, or safety concern. Reliance on information presented on this site is at your own risk. This site contains the opinions and views of others and does not represent the opinions and views of The Honest Company. Given the interactive nature of this site, we cannot endorse, guarantee, or be responsible for the accuracy or efficacy of any content generated by our users or bloggers.

FREE GROUND SHIPPING IN THE CONTIGUOUS US | Details

### HONEST

Search Honest...

SIGN IN   0

HONEST SUBSCRIPTIONS   DIAPER SUBSCRIPTION   BABY + DIAPERS   BEAUTY   BATH + BODY   GIFTS   CLEANING   JESS'S FAVES   NEW   CLOTHING

Home / Blog / Baby

# FEWER TOXINS, HEALTHIER BABIES

By: The Honest Company | Sep 20, 2021

SHARE   SHARE



**How can chemicals in the environment harm your baby's developing brain?**

Most of us aren't aware that in the U.S., one in six children have a neurological disability. These include autism, IQ loss and attention deficit hyperactivity disorder (ADHD).

During the first few years of life, a child develops neural connections at an incredible rate of 1 million per second. These connections, whether they thrive or weaken, create what the Harvard University Center on the Developing Child calls "the architecture" of your child's brain—a foundation with lasting effects on every child's future.

Diverse experts agree that before and after birth, exposures to toxic chemicals and pollutants significantly increase your baby's risks for neurodevelopmental disorders. These include chemicals in commonly used household products and others that we come into contact within our communities.

**Toxic chemicals are not the sole cause for lifelong learning and developmental deficits, but they are among the most preventable. Read on for two examples.**

**Phthalates –**Phthalates are added to plastics to make plastic products soft and flexible. Some products that contain phthalates are vinyl shower curtains, air fresheners, lotions, shampoos and other products with fragrances. Phthalates can be released from these products by heat, agitation, or long-time storage and can enter our bodies by breathing, eating or drinking things that have been in contact with phthalates. Phthalates can cross the placenta during pregnancy, and human studies have linked prenatal exposure to some phthalates with neurological problems in children.

**Arsenic –**This is a natural element in the soil, water, air, plants and animals. Arsenic is very toxic to humans. The following three food products – infant rice cereal, apple juice and rice – account for about 70 percent of total daily exposure to arsenic.

**What can you do to reduce toxic exposures for your baby?**

Though toxic chemicals are present in our daily lives, it doesn't mean that there's nothing parents or caregivers can do to keep their little ones safe and healthy.

At mealtimes:
- Feed your baby cereals that are naturally low in arsenic, such as oatmeal and multigrain.
- Choose rice-free snacks.
- Focus on variety when it comes to fruits and vegetables. Some fruits and vegetables have higher levels of toxins than others. For example, even though sweet potatoes and carrots can have higher levels of heavy metals, they are a great source of vitamins and nutrients. Alternate sweet potatoes and carrots with other choices that are lower in contaminants, such as bananas, green beans, peas, squash and pears.

For tips about reducing potential toxic exposures for your baby, Healthy Babies Bright Futures has information about:
- Healthy Baby Foods
- Testing your Water for Lead
- Safe Products

**What can our government do to reduce toxic exposures for all babies?**

All babies are impacted by neurotoxins in their everyday environments, but babies of color are disproportionately affected. A recent systematic review of nearly 33 million births outcomes in the United States examined the link between toxic air pollution and low birthweight, both risk factors for lower IQ and neurological problems. This systematic review also evaluated the link between race/ethnicity and health disparities. This review showed that Blacks, Asians and Hispanic pregnant people exposed to certain levels of air pollution had a higher risk of having a baby born with a low birthweight, compared to White pregnant people.

While our own choices can create a healthier environment, we also need our government officials and leaders to do their part. They can help dismantle the unjust systems that put families of color at a disadvantage and affirm each baby's right to a brighter future.

- Support the Black Maternal Health Momnibus Act of 2021 and help bring environmental justice to communities of color in the U.S.

To learn more visit marchofdimes.org

There are several non-profit groups and organizations working to raise awareness on important issues such as this to help families stay prepared and informed. For example, March of Dimes and The Honest Company regularly partner together for important programs to help address the challenges moms face when welcoming children into this world and ensure that families everywhere have the opportunity for a healthy life. Most recently, the two partnered to shine a light on the impact of environmental justice on motherhood, with Honest joining the March of Dimes' Mom and Baby Action Network.

**THE LATEST**



**Contour like a Boss Babe**

Get Jessica's go-to contour look using our NEW Fresh Flex Concealer.



**5 Trending Eyebrow Styles & How To Achieve Them**

With so many eyebrow styles, don't be afraid to play up your brows and try out different looks. Read on to discover the top trending brow styles today.



**How To Celebrate Dad: Our Top 6 Father's Day Ideas**

Trying to come up with some unique Father's Day ideas? Here are six ways you can make his whole day special.



**Q+A with Christine Chan**

We sat down with Honest Mama and founder + designer of Captivant Collection @cestcc.

**FOLLOW US**



TWITTER   FACEBOOK
INSTAGRAM   YOUTUBE

WEBPAGE: Blog Post - Fewer Toxins, Healthier Babies; DATE: 7/7/2022; URL: https://www.honest.com/blog/baby/fewer-toxins-healthier-babies/092021.html

Sources:

Bennett D, et al. American College of Obstetricians and Gynecologists (ACOG), Project TENDR: Targeting Environmental Neuro-Developmental Risks The TENDR Consensus Statement. Environ Health Perspect. 2016 Jul 1;124(7):A118-22 retrieved 7/7/21

https://www.cdc.gov/biomonitoring/Phthalates_FactSheet.html

Bekkar B, Pacheco S, Basu R, DeNicola N. Association of Air Pollution and Heat Exposure With Preterm Birth, Low Birth Weight, and Stillbirth in the US: A Systematic Review. JAMA Netw Open. 2020 Jun 13;6(x:e208243. doi: 10.1001/jamanetworkopen.2020.8243. Erratum in: JAMA Netw Open. 2020 Jul 1;3(7)retrieved 7/7/21

https://pmj.bmj.com/content/79/933/39)

We aim to provide you with the most honest and credible information possible. This article was reviewed for accuracy by The Honest Team and was written based on trusted sources that are linked at the bottom of the article.

## EXPLORE BY CATEGORY


BABY


HONEST BEAUTY


PREGNANCY


WELLNESS


LIFESTYLE

**About Us**
Blog
Our Story
Honest Standard
Our Glossary
Donation at Checkout
Social Responsibility
Giveaways
Press Releases
Careers
Affiliates
Investors
Teacher/Military Discount
Member of How2Recycle®

Store Locator

**My Account**
My Account
My Subscriptions
Order History

**Support**
FAQ
Klarna
Contact
Gift Certificates
Sitemap
Web Accessibility

@honest
@honest_beauty
The Honest Company
The Honest Company
@honest

**Stay in Touch**
Stay up-to-date on Honest products, promotions and blog articles.

☐ Honest    ☐ Beauty    ☐ Diapers

Enter Email Address

☐ I have read and agree to The Honest Company Terms of Service. By entering your email above, you agree to receive emails from The Honest Company about its products and services. You can unsubscribe at anytime by contacting us. Your personal information will be managed in accordance with our Privacy Policy.

SIGN UP

DISCLAIMER: Content on this site is not a substitute for professional medical or healthcare advice, diagnosis, treatment, dietary, or safety advice, and may not be used for such purposes. Always seek the advice of your physician or other qualified expert with any questions you may have regarding a medical question, condition, or safety concern. Reliance on information presented on this site is at your own risk. This site contains the opinions and views of others and does not represent the opinions and views of The Honest Company. Given the interactive nature of this site, we cannot endorse, guarantee, or be responsible for the accuracy or efficacy of any content generated by our users or bloggers.

WEBPAGE: Blog Post - Fewer Toxins, Healthier Babies; DATE: 7/7/2022; URL: https://www.honest.com/blog/baby/fewer-toxins-healthier-babies/092021.html