# Exhibit "3"

*Ingredient Disclosures*
Class Action Complaint

**Honest® Plant-Based Baby Wipes (Blue Ikat): Ingredient Disclosure** (*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured August 3, 2022))

DETAILS   HOW TO USE   **INGREDIENTS**

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-1: (1) Plant-Based Baby Wipes (Blue Ikat) Ingredient Disclosure

**Honest® Plant-Based Baby Wipes (Classic): Product Image –Ingredient Disclosure** (*see* https://www.honest.com/add-ons/add-on-baby/classic-72-count-wipes/H01WPS00V41PS.html) (captured August 3, 2022))

DETAILS   HOW TO USE   **INGREDIENTS**

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-2: (1) Plant-Based Baby Wipes (Classic) Ingredient Disclosure

**Honest® Plant-Based Baby Wipes (Pattern Play): Ingredient Disclosure** (*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured August 3, 2022))

DETAILS   HOW TO USE   **INGREDIENTS**

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-3: (1) Plant-Based Baby Wipes (Pattern Play) Ingredient Disclosure

**Honest® Plant-Based Baby Wipes (Rose Blossom): Ingredient Disclosure** (*see* https://www.honest.com/baby-products/baby-personal-care/honest-baby-wipes/H01WPS000.html) (captured August 3, 2022))

DETAILS   HOW TO USE   INGREDIENTS

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-4: (1) Plant-Based Baby Wipes (Rose Blossom) Ingredient Disclosure

**Honest® Plant-Based Baby Wipes (Rainbow): Ingredient Disclosure** (*see* https://www.honest.com/baby-products/rainbow-720-count-wipes/H0416WRB7200S.html) (captured August 3, 2022))

DETAILS    HOW TO USE    **INGREDIENTS**

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-5: (1) Plant-Based Baby Wipes (Rainbow) Ingredient Disclosure

**Honest® Plant-Based Baby Wipes (Terrazzo, 36 Count): Product Image – Front Label** (*see* https://www.honest.com/baby-products/wipes/terrazzo-36-count-wipes/H0263WTZ3600S.html) (captured August 3, 2022))

DETAILS   HOW TO USE   INGREDIENTS

Water (Aqua), Glycerin, Chamomilla Recutita (Matricaria) Flower Extract, Cucumis Sativus (Cucumber) Fruit Extract, Glycyrrhiza Glabra (Licorice) Root Extract, Punica Granatum Juice Extract, Decyl Glucoside, Citric Acid, Caprylyl Glycol, Trisodium Ethylenediamine Disuccinate, Ethylhexylglycerin, Sodium Benzoate

Exhibit 3-6: (1) Plant-Based Baby Wipes (Terrazzo) Ingredient Disclosure

**Honest® Plant-Based Cleansing Wipes (Hydrate + Cleanse): Ingredient Disclosure** (*see* https://www.honest.com/personal-care-products/wipes-hydrate-and-cleanse-60-count/H0197WP600HYS.html) (captured August 3, 2022))

DETAILS    HOW TO USE    INGREDIENTS

**NOURISH + CLEANSE:**
Water (Aqua), Sodium Benzoate, Hydrolyzed Jojoba Esters, Caprylyl Glycol, Prunus Amygdalus Dulcis (Sweet Almond) Oil, Citric Acid, Trisodium Ethylenediamine Disuccinate, Sodium Chloride, Sorbitan Oleate Decylglucoside Crosspolymer, Ethylhexylglycerin, Simmondsia Chinensis (Jojoba) Seed Oil, Triethyl Citrate, Beta-Pinene, Vanillin, Citrus Limon (Lemon) Peel Extract, Raspberry Ketone, Maltol, Gamma-Decalactone, Benzaldehyde, Anisaldehyde, Limonene

**HYDRATE + CLEANSE:**
Water (Aqua), Glycerin, Sodium Benzoate, Sorbitan Oleate Decylglucoside Crosspolymer, Caprylyl Glycol, Aloe Barbadensis Leaf Juice, Citric Acid, Trisodium Ethylenediamine Disuccinate, Sodium Chloride, Ethylhexylglycerin, Citrus Aurantium Dulcis (Orange) Peel Oil, Cucumis Sativus (Cucumber) Oil, Limonene

Exhibit 3-7: (2) Plant-Based Baby Wipes (Hydrate + Cleanse) Ingredient Disclosure

**Honest® Plant-Based Cleansing Wipes (Nourish + Cleanse): Ingredient Disclosure** (*see* https://www.honest.com/personal-care-products/wipes-hydrate-and-cleanse-60-count/H0197WP600HYS.html) (captured August 3, 2022))

**NOURISH + CLEANSE:**
Water (Aqua), Sodium Benzoate, Hydrolyzed Jojoba Esters, Caprylyl Glycol, Prunus Amygdalus Dulcis (Sweet Almond) Oil, Citric Acid, Trisodium Ethylenediamine Disuccinate, Sodium Chloride, Sorbitan Oleate Decylglucoside Crosspolymer, Ethylhexylglycerin, Simmondsia Chinensis (Jojoba) Seed Oil, Triethyl Citrate, Beta-Pinene, Vanillin, Citrus Limon (Lemon) Peel Extract, Raspberry Ketone, Maltol, Gamma-Decalactone, Benzaldehyde, Anisaldehyde, Limonene

**HYDRATE + CLEANSE:**
Water (Aqua), Glycerin, Sodium Benzoate, Sorbitan Oleate Decylglucoside Crosspolymer, Caprylyl Glycol, Aloe Barbadensis Leaf Juice, Citric Acid, Trisodium Ethylenediamine Disuccinate, Sodium Chloride, Ethylhexylglycerin, Citrus Aurantium Dulcis (Orange) Peel Oil, Cucumis Sativus (Cucumber) Oil, Limonene

Exhibit 3-8: (2) Plant-Based Baby Wipes (Nourish + Cleanse) Ingredient Disclosure